**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**LESLYE A. YOUNG**

      **Plaintiff**

    **VS.**        **7:05-CV-1027 (NAM)**

**COMMISSIONER OF SOCIAL SECURITY**

      **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision denying disability benefits is AFFIRMED, defendant's motion for judgment on the pleadings is GRANTED, the Complaint filed by Leslye A. Young is DISMISSED. The Clerk of Court shall enter judgment in this case

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 30th day of September, 2008.

**SEPTEMBER 30, 2008**      **LAWRENCE K. BAERMAN**

_____  _____

**DATE**             **Clerk of Court**

               **s/**

             _____

             **Joanne Bleskoski**
             **Deputy Clerk**